UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| FIRST CHURCH OF GOD, MARION, SOUTH DAKOTA, | 4:16-CV-4050-RAL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| CHURCH MUTUAL INSURANCE CO., | |
| Defendant. | |

It is HEREBY STIPULATED AND AGREED, by and between Plaintiff First Church of God, Marion, South Dakota and Defendant Church Mutual Insurance Co. (collectively "Parties") that the above matter is dismissed with prejudice, with each party to bear its own costs.

Dated: July 8, 2016

FULLER & WILLIAMSON, LLP

s/Derek Nelson
Derek Nelson
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
*Attorneys for Plaintiff*

Dated: July 8, 2016

          MEAGHER & GEER, P.L.L.P.

          s/Laura J. Hanson
          Laura J. Hanson (SD #1004)
          33 South Sixth Street, Suite 4400
          Minneapolis, MN  55402
          (612) 336-0661
          lhanson@meagher.com
          *Attorneys for Defendant*
          *Church Mutual Insurance Company*

11052088.1