**FILED**
JUL 15 2016

DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

FIRST CHURCH OF GOD, MARION,
SOUTH DAKOTA,

        Plaintiff,

v.

CHURCH MUTUAL INSURANCE CO.,

        Defendant.

4:16-CV-4050-RAL

**ORDER FOR DISMISSAL**

---

The Parties filed a Stipulation of Dismissal. It is ORDERED that this matter is dismissed with prejudice, with each party to bear its own costs.

Dated: July 15, 2016

BY THE COURT:

Roberto A. Lange
United States District Judge Name